**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**John CORDERO, Defendant–Appellant.**

No. 00–7711.

United States Court of Appeals,
Fourth Circuit.

Submitted May 8, 2001.

Decided May 30, 2001.

John Cordero, pro se. Mark C. Moore, Assistant United States Attorney, Columbia, SC, for appellee.

Before WILKINS, MICHAEL, and MOTZ, Circuit Judges.

PER CURIAM.

John Cordero appeals the district court's order denying as frivolous his motion to dismiss the superseding information, to which he pled guilty and which charged a violation of the Hobbs Act, 18 U.S.C. § 1951 (1994). We have reviewed the record, the district court's order, and the arguments raised in Cordero's informal brief filed in this court and find that the superseding information was sufficient. *United States v. Williams*, 152 F.3d 294, 298 (4th Cir.1998) (providing standard). Accordingly, we affirm. We deny his motion to compel the government to file a brief and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*